# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Noe Vega-Salinas,<br>a.k.a.: Noe Vega Salinas,<br>a.k.a.: Noe,<br>(A095 133 693)<br>*Defendant* | )<br>)<br>) Case No. 18-7184 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 14, 2018, in the County of Maricopa in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Noe Vega-Salinas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about November 21, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Reviewed by: *CEB* Charles E. Bailey, P.S. for AUSA Sheila Phillips

☒ Continued on the attached sheet.

*Complainant's signature*
Javier M. Leon,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2018

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Javier M. Leon, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about May 14, 2018, Noe Vega-Salinas was booked into the Maricopa County Jail (MCJ) by the Mesa Police Department on local charges. While incarcerated at the MCJ, Vega-Salinas was examined by ICE Officer J. Collazo, who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On May 15, 2018, Vega-Salinas was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Vega-Salinas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Noe Vega-Salinas to be a citizen of Mexico and a previously deported alien. Vega-Salinas was removed from the United States to Mexico through Eagle Pass, Texas, on or about November 21, 2015, pursuant to the

1

reinstatement of an order of removal issued by an immigration official. There is no record of Vega-Salinas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vega-Salinas' immigration history was matched to him by electronic fingerprint comparison.

4. On May 15, 2018, Noe Vega-Salinas was advised of his constitutional rights. Vega-Salinas freely and willingly acknowledged his rights and agreed to provide a statement under oath. Vega-Salinas stated that his true and complete name is "Noe," and that he is a citizen of Mexico. Vega-Salinas stated that he last entered the United States illegally "3 anos," through "Nogales." Vega-Salinas further stated he has been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 14, 2018, Noe Vega-Salinas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about November 21, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Javier M. Leon,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 16th day of May, 2018.

_____
Bridget S. Bade,
United States Magistrate Judge